IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ZILMER LUCAS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 316-060 |
| SHAWN EMMONS, Warden; DR. SEWARD, Head Doctor; M. HALL, H.O.N.; A. CLAXTON, RN; FNU LINSEY, RN; and DR. B. NICHOLAS, Augusta State Medical Prison, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 6 day of December, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE